**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN _____ District of _____ TEXAS
_____ (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**

   WC Manhattan Place Property, LLC

---

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

---

3. **Debtor's federal Employer Identification Number** (EIN)

   4  7 _ 1  5  2  9  3  7  3

---

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 814 Lavaca Street | |
   | Number     Street | Number      Street |
   | | P.O. Box |
   | Austin                TX       78010 | |
   | City                State    ZIP Code | City                 State       ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | TRAVIS | 1717 Manhattan Blvd |
   | County | Number      Street |
   | | |
   | | Harvey                 Louisiana   70058 |
   | | City                 State      ZIP Code |

---

5. **Debtor's website** (URL)

---

Debtor   WC Manhattan Place Property, LLC _____     Case number *(if known)*_____
       Name

| | |
|---|---|
| **6.   Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding  LLP) |
| | ☐ Other. Specify: _____ |

| | |
|---|---|
| **7.   Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☐ None of the above |
| | **B.** *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| |    5   3   1   1 |

| | |
|---|---|
| **8.   Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:* |
| | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☒ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| Debtor | WC Manhattan Place Property, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.

| District | _____ | When _____ MM / DD / YYYY | Case number _____ |
| District | _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.

| Debtor | See Attached | Relationship _____ |
| District | _____ | When _____ MM / DD / YYYY |
| Case number, if known | _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number     Street

   _____

   City                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name _____

   Phone _____

**Statistical and administrative information**

Debtor  WC Manhattan Place Property, LLC
_____  Case number (if known)_____
        Name

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____01/25/2022_____
             MM  / DD / YYYY

✗ _____          Natin Paul
   Signature of authorized representative of debtor    Printed name

Title  _____Authorized Signatory_____

Debtor    WC Manhattan Place Property, LLC
Name

Case number *(if known)*

**18. Signature of attorney**

✗   /s/ Ron Satija
Signature of attorney for debtor

Date   01/25/2022
MM / DD / YYYY

Ron Satija
Printed name

Hayward PLLC
Firm name

901 Mopac Expressway South
Number      Street

Austin
City

TX
State

78746
ZIP Code

(737) 881-7104
Contact phone

rsatija@haywardfirm.com
Email address

24039158
Bar number

Texas
State

## AFFILIATED CASES

1.  In re WC 2101 W. Ben White LP, Case No. 20-10182-tmd (Bankr. W.D. Tex);

2.  WC 8120 Research LP (Case No. 20-11106-tmd) (Bankr. W.D. Tex);;

3.  WC South Congress Square LLC (Case No. 20-11107-tmd) (Bankr. W.D. Tex);;

4.  WC Thousand Oaks Center, LP (Case No. 21-10251-tmd) (Bankr. W.D. Tex);;

5.  WC 3rd and Trinity, LP (Case No. 21-10252-tmd) (Bankr. W.D. Tex);;

6.  WC 6th and Rio Grande, LP (Case No. 21-10359-tmd) (Bankr. W.D. Tex);;

7.  WC Culebra Crossing SA, LP (Case No. 21-10360-tmd) (Bankr. W.D. Tex);;

8.  Arboretum Crossing, LLC (Case No. 21-10546-tmd) (Bankr. W.D. Tex);;

9.  WC 717 N. Harwood Property, LLC (Case No. 21-10630-tmd) (Bankr. W.D. Tex);;

10. WC Met Center, LLC, (Case No. 21-10698-tmd) (Bankr. W.D. Tex);;

11. 6th and San Jacinto, LLC (Case No. 21-10942) (Bankr. W.D. Tex);;

12. WC 511 Barton Blvd, LLC (Case No. 21-10943) (Bankr. W.D. Tex);; and

13. GVS Texas Holdings I, LLC et al ( Case No. 21-31121-MVL)  (Bankr. N.D. Tex)