# United States Bankruptcy Court
## Western District of Texas

In re  __WC Manhattan Place Property, LLC__             Case No. _____
                                                             Debtor(s)            Chapter   __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 25, 2022**                          **/s/ Natin Paul**
                                                                       **Natin Paul**/**Authorized Signatory**
                                                                       Signer/Title

.

COMM 2014-CR21 Manhattan Boulevard LLC
c/o LNR Partners LLC
1601 Washington Ave., Ste. 800
Miami Beach, FL 33139


John A. Milazzo, Jr.
Taylor Porter
450 Laurel St., Ste. 800
Baton Rouge, LA 70801