UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
GARY WRIGHT
ASSISTANT UNITED STATES TRUSTEE
J. CASEY ROY
TRIAL ATTORNEY
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Telephone: (512) 916-5348
Fax: (512) 916-5331

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 22-10047-TMD-11 |
| WC MANHATTAN PLACE § | |
| PROPERTY, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

**UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF DWAYNE M. MURRAY AS CHAPTER 11 TRUSTEE**

KEVIN M. EPSTEIN, the United States Trustee for Region 7 (the "Applicant") hereby applies to the Court pursuant to Fed. R. Bankr. P. 2007.1 for an Order Approving Appointment of Dwayne M. Murray as Chapter 11 Trustee, and in support thereof, states as follows:

1. The Applicant has appointed Dwayne M. Murray as Chapter 11 Trustee in the bankruptcy case of WC Manhattan Place Property, LLC, case number 22-10047, on March 29, 2022. *See* Exhibit A, Notice of Appointment of Chapter 11 Trustee. A Verified Statement from Dwayne M. Murray is attached hereto as Exhibit B.

2. Counsel for the Applicant has consulted or invited comment from the following parties in interest regarding the appointment of the Trustee:

   a) Todd Headden on behalf of the Debtor

   b) Eric Seitz on behalf of COMM 2014-CR21 Manhattan Boulevard, LLC

3. To the best of the Applicant's knowledge, the Trustee's connections with the Debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee, are limited to the connections set forth in the Verified Statement filed in support of this Application.

WHEREFORE, Applicant requests that the Court enter an Order Approving Appointment of Dwayne M. Murray as Chapter 11 Trustee in the bankruptcy case of WC Manhattan Place Property, LLC, case number 22-10047.

Dated: March 29, 2022          Respectfully submitted,

KEVIN M. EPSTEIN
United States Trustee Region 7
Southern and Western Districts of Texas

By: */s/ J. Casey Roy*
    J. Casey Roy
    Trial Attorney
    TX State Bar No. 00791578
    903 San Jacinto Blvd., Room 230
    Austin, Texas 78701
    Telephone: (512) 916-5328
    Fax: (512) 916-5331
    Casey.Roy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I forwarded a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF DWAYNE M. MURRAY AS CHAPTER 11 TRUSTEE** by prepaid first-class mail and/or by electronic means for all Pacer system participants to the parties listed on the attached mailing matrix (not attached to service copies) on March 29, 2022.

                                                            */s/ J. Casey Roy*
                                                            J. Casey Roy