# Exhibit A

**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**KEVIN M. EPSTEIN**
**UNITED STATES TRUSTEE**
**GARY WRIGHT**
**ASSISTANT UNITED STATES TRUSTEE**
**J. CASEY ROY**
**TRIAL ATTORNEY**
**903 SAN JACINTO BLVD., ROOM 230**
**AUSTIN, TX 78701**
**Telephone: (512) 916-5348**
**Fax: (512) 916-5331**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 22-10047-TMD-11** |
| **WC MANHATTAN PLACE** | § | |
| **PROPERTY, LLC,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To: Dwayne M. Murray
    4970 Bluebonnet Blvd, Suite B
    Baton Rouge, LA 70809

    Pursuant to the Order of this Court entered on March 23, 2022 (the "Order") directing the United States Trustee to appoint a chapter 11 trustee in the bankruptcy case of WC Manhattan Place Property, LLC case number 22-10047, the United States Trustee hereby appoints Dwayne M. Murray to serve as the chapter 11 trustee.

    The chapter 11 trustee bond is initially set at $500,000. The bond may require adjustment as the trustee collects and liquidates assets of the estate, and the trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

    This appointment is made the 29th day of March, 2022.

Dated: March 29, 2022	Respectfully submitted,

        KEVIN M. EPSTEIN
        United States Trustee Region 7
        Southern and Western Districts of Texas

        By: */s/ J. Casey Roy*
            J. Casey Roy
            Trial Attorney
            TX State Bar No. 00791578
            903 San Jacinto Blvd., Room 230
            Austin, Texas 78701
            Telephone: (512) 916-5328
            Fax: (512) 916-5331
            Casey.Roy@usdoj.gov