**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 22-10047-TMD-11** |
| **WC MANHATTAN PLACE** | § | |
| **PROPERTY, LLC,** | § | |
| | § | **Chapter 11** |
| Debtor. | § | |

**ORDER APPROVING APPOINTMENT OF DWAYNE M. MURRAY**
**AS CHAPTER 11 TRUSTEE**

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Dwayne M. Murray as Chapter 11 Trustee in the bankruptcy case of WC Manhattan Place Property, LLC, case number 22-10047, it is hereby

ORDERED that the appointment is approved.

# # #

Order submitted by
J. Casey Roy
Office of the United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701
(512) 916-5348
casey.roy@usdoj.gov