```
Label Matrix for local noticing      WC Manhattan Place Property, LLC    U.S. BANKRUPTCY COURT
0542-1                               814 Lavaca Street                   903 SAN JACINTO, SUITE 322
Case 22-10047-tmd                    Austin, TX 78701-2316               AUSTIN, TX 78701-2450
Western District of Texas
Austin
Tue Mar 29 16:48:59 CDT 2022

Associated Building Services         COMM 2014-CR21 Manhattan Blvd LLC   COMM 2014-CR21 Manhattan Boulevard LLC
9157 LA-23                           c/o Charles R Gibbs and Eric C Seitz c/o LNR Partners LLC
Belle Chasse, LA 70037               McDermott Will & Emery LLP          1601 Washington Ave., Ste. 800
                                     2501 N Harwood St #1900             Miami Beach, FL 33139-3165
                                     Dallas TX 75201-1664

Commercial Asset Preservation        Entergy                             Friedman Real Estate
220 E. Morris Ave., Suite 400        PO Box 8108                         34975 West Twelve Mile Rd.
Salt Lake City, UT 84115-3289        Baton Rouge, LA 70891-8108          Farmington, MI 48331-3275


Granite Telecommunications LLC       HomeGoods, Inc.                     HomeGoods, Inc.
PO Box 983119                        770 Cochituate Rd.                  c/o Rachael L. Smiley
Boston, MA 02298-3119                Framingham, MA 01701-4666           Ferguson Braswell Fraser Kubasta PC
                                                                         2500 Dallas Parkway, Suite 600
                                                                         Plano, TX 75093-4820

Homegoods, Inc.                      Homegoods, Inc.                     James W. Volberding
c/o Kevin Liang                      c/o Mark R. Somerstein              Attorney for Seth Kretzer, Receiver
Woodworth Winmill                    Woodworth Winmill                   Kretzer & Volberding, P.C.
ROPES & GRAY LLP                     ROPES & GRAY LLP                    110 N College Ave., Suite 1850
1211 Avenue of the Americas          1211 Avenue of the Americas         Tyler, Texas 75702-7370
New York, NY 10036-8704              New York, NY 10036-8704

Jefferson Parish Dept. of Water      John A. Milazzo, Jr.                Reliance Retail, LLC
PO Box 10007                         Taylor Porter                       7320 N. Mopac Expy., Ste. 101
New Orleans, LA 70181-0007           450 Laurel St., Ste. 800            Austin, TX 78731-2332
                                     Baton Rouge, LA 70801-1831

Richard's Disposal, Inc.             Rotolo Consultants, Inc.            Seth Kretzer, Receiver
11600 Old Gentilly Rd.               38001 Brownsvillage Rd.             c/o James W. Volberding, attorney
New Orleans, LA 70129-8204           Slidell, LA 70460-4875              110 N College Avenue, Suite 1850
                                                                         Tyler, Texas 75702-7370

Southern Sweeping Services LLC       Stellar Restoration Services, LLC   Stirling Properties
517 Evergreen Dr.                    15119 Memorial Drive, Suite 200     109 Northpark Blvd., Ste. 300
Mandeville, LA 70448-7574            Houston, TX 77079-4327              Covington, LA 70433-5093


United States Trustee - AU12         WC Manhattan Place LLC              World Class Capital Group, LLC
United States Trustee                814 Lavaca St.                      c/o James W. Volberding
903 San Jacinto Blvd, Suite 230      Austin, TX 78701-2316               110 N. College Avenue, Suite 1850
Austin, TX 78701-2450                                                    Tyler, TX 75702-7370

Ron Satija                           Todd Brice Headden                  End of Label Matrix
Hayward PLLC                         Hayward PLLC                        Mailable recipients    28
901 S. Mopac Expy                    901 Mopac Expressway South          Bypassed recipients     0
Building 1, Suite 300                Building 1, Suite 300               Total                  28
Austin, TX 78746-5776                Austin, TX 78746-5776
```